IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
Springfield Division

| | | |
|---|---|---|
| BRADEN KINDERNAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.    20-cv-3302 |
| | ) | |
| AMEREN ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

**Stipulation for Dismissal**

The parties stipulate that this matter be dismissed, with prejudice and with an order directing that each side shall bear its own costs.

Wherefore, the parties jointly request that this Court enter an order that dismissed this matter with prejudice and directs that each party shall bear its own costs.

| Braden Kindernay | Ameren Illinois |
|---|---|
| By: s/ John A. Baker | By: s/ Phillip M. Schreiber(by consent) |
| His Attorney | Its  Attorney |

| | |
|---|---|
| John A. Baker | Phillip M. Schreiber |
| Baker, Baker & Krajewski, LLC | Holland & Knight LLP |
| 415 South Seventh Street | 150 North Riverside Plaza, Suite 2700 |
| Springfield, Illinois 62701 | Chicago, Illinois 60606 |
| (T)     (217) 522-3445 | (T)     (312) 312-715-5784 |
| (F)     (217) 522-8234 | (F)     (312) 578-6666 |
| (E)     jab@bbklegal.com | (E)     Phillip.schreiber@hklaw.com |

## Certificate of Service

      This document was filed utilizing the Court's ECF system.  A copy will automatically be served on all counsel of record.  No copies have been served via any alternative method of service.

      Braden Kindernay

      By: /s/ John A. Baker
      His Attorney

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone:     (217) 522-3445
Facsimile:     (217) 522-8234
E-mail:        jab@bbklegal.com